Daniel L. Germain (Cal. Bar No. 143334)
ROSMAN & GERMAIN LLP
16311 Ventura Boulevard
Suite 1200
Encino, CA  91436-2152
Telephone: (818) 788-0877
Facsimile: (818) 788-0885
E-Mail: Germain@Lalawyer.com

Alan B. Gallas (Missouri Bar No. 26874)
GALLAS & SCHULTZ
9140 Ward Parkway, Suite 200
Kansas City, Missouri 64114
Telephone: (816) 822-8100
Facsimile: (816) 822-8222
E-mail: Agallas@gallas-schultz.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA M. GUDDE, Personal Representative and Administrator of the Estate of Crystal M. Gudde, Deceased,<br><br>Plaintiff,<br><br>vs.<br><br>NEW WEST REALTY, INC., a Delaware Corporation; and EVERGREEN REALTY GROUP, L.L.C., a Delaware Limited Liability Company,<br>          Defendants. | Case No.: 13-cv-09270 MAN<br><br>**ORDER OF DISMISSAL PURSUANT TO F.R.C.P. RULE 41(a)(1)(A)(ii)** |

      Pursuant to the Stipulation of all parties,

      **IT IS HEREBY ORDERED THAT**:

      1.     Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff's claims are dismissed without prejudice;

      2.     The parties' confidential settlement agreement, attached as Exhibit A to the Stipulation for Order of Dismissal filed on July 21, 2014, shall be kept confidential and under seal and is incorporated in this Order, and this Court shall retain jurisdiction to enforce the Settlement Agreement; and

      3.     Each side shall bear their own attorneys' fees and costs in connection with the above-captioned case, except insofar as provided by the Settlement Agreement.

Dated: July 30, 2015          */s/ Margaret A. Nagle*
                                      Hon. Margaret A. Nagle
                                      United States District Court Magistrate Judge